IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY SANDS; <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendant. | **8:18CV56** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED that the Initial Progression Order, (Filing No. 10). Including all unexpired deadlines within it, is vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge