IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RODNEY SANDS,

Plaintiff,

vs.

UNION PACIFIC RAILROAD
COMPANY,

Defendant.

8:18CV56

ORDER

Upon consideration of the parties' joint motion:

IT IS ORDERED the Joint Motion for Enlargement of Time (Filing No. 30) is granted and that the final progression order is amended as follows:

1) Defendant's deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is now September 22, 2019.

2) The deposition deadline is now November 20, 2019.

3) The deadline for filing motions to dismiss and motions for summary judgment is now January 8, 2020.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is now January 8, 2020.

Dated this 24th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge