IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY SANDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | **8:18CV56**<br><br>**ORDER** |

This matter is before the Court on the parties' stipulation for dismissal, Filing No. 37. Accordingly,

IT IS ORDERED that this case is dismissed with prejudice, each party to bear their own costs.

Dated this 21st day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge